```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 00468
   PATRICIA A HAMPTON
                                             CHAPTER 13

                                             JUDGE: MANUEL BARBOSA
         Debtor
   SSN XXX-XX-3101


----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/06/04 and confirmed on 03/16/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  12671.00 .

   4.  The Trustee made disbursements to creditors as follows:


----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
----------------------------------------------------------------------
CITY OF AURORA             SECURED              159.00        14.95         159.00
WELLS FARGO HOME MORT      CURRENT MORTG           .00          .00            .00
WELLS FARGO HOME MORT      MORTGAGE ARRE       7768.48          .00        7768.48
COMED                      UNSECURED           1174.12          .00        1174.12
DOMINICKS FOODS            UNSECURED          NOT FILED         .00            .00
JEWEL FOOD STORES INC      UNSECURED            266.32          .00         266.32
SBC AMERITECH              UNSECURED          NOT FILED         .00            .00
UNIVERSAL CASUALTY CO      UNSECURED          NOT FILED         .00            .00
NEXCOM                     UNSECURED               .00          .00            .00
         Summary of disbursements:
----------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED      OTHER         TOTAL
----------------------------------------------------------------------
TOTAL CLMS ALLOWED   7927.48         .00      1440.44        .00        9367.92
PRINCIPAL PAID       7927.48         .00      1440.44        .00        9367.92
INTEREST PAID          14.95         .00           .00       .00          14.95
TOTAL PAID           7942.43         .00      1440.44        .00        9382.87
The Debtor's attorney, GREENBERG & ASSOC              , was allowed $   2700.00
and was paid $    2700.00 .

The Trustee received $     530.99 .

Refunds to the Debtor totaled $      57.14 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 03/12/08                    /S/
```

GLENN STEARNS
CHAPTER 13 TRUSTEE

                              PAGE  2
     CASE NO. 04 B 00468 PATRICIA A HAMPTON